## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL as representatives of a class of similarly situated persons, and on behalf of the CIGNA 401(k) Plan, | ) ) ) ) ) ) ) | |
| Plaintiffs; | ) ) | |
| v. | ) ) | Cause No:    2:07-CV-2046-HAB-DGB |
| CIGNA CORPORATION, JOHN ARKO, THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA, and CIGNA HEALTHCARE OF ILLINOIS, INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME

Come now Plaintiffs and move this Court for an extension of time to respond to the Motion to Dismiss filed by Defendants.

1. On April 25, 2007, Defendants filed a Motion to Dismiss Pursuant to Rule 12(b)(6).  (Docket No. 9.)

2. Under the Local Rules a response to Defendants' Motion would be due on May 14, 2007.

3. Defendants' Motion presents complex legal issues and in order to fully and adequately respond, Plaintiffs require additional time.

4. Accordingly, Plaintiffs ask that their response to Defendants' Motion be due on or before June 20, 2007.

5.  Defendants do not oppose the extension.

        Respectfully submitted:

        By:   /s Heather Lea
        Jerome J. Schlichter
        Daniel Conlisk
        Heather Lea
        SCHLICHTER, BOGARD & DENTON
        100 South Fourth Street
        Suite 900
        St. Louis, MO 63102
        Tel:   314-621-6115
        Fax:   314-621-7151
        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed the **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sari M. Alamuddin
James E. Bayles, Jr.
James E. Bayles, Jr.
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601



s/ Heather Lea