IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL as representatives of a class of similarly situated persons, and on behalf of the CIGNA 401(k) plan,<br><br>          Plaintiffs,<br><br>v.<br><br>CIGNA CORPORATION, JOHN ARKO, and THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA,<br><br>          Defendants. | No. 2:07-cv-02046-HAB-DGB<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

      Defendants, CIGNA Corporation, John Arko, and the Corporate Benefit Plan Committee of CIGNA, by their attorneys, respectfully request the Court to grant them leave to file a Reply in Support of their Motion to Dismiss. In accordance with Rule II.A.6 of the Court's ECF Civil Administrative Procedures, Defendants attach a copy of their proposed Reply, as Exhibit 1, and state as follows:

      1.    Plaintiffs, Kim Nolte, Sherry Lewis, and Theresa Mitchell, are or were participants in the CIGNA 401(k) Plan (the "Plan") – an ERISA-regulated, defined contribution individual account plan.

      2.    Plaintiffs assert that Defendants owed the Plan certain fiduciary duties under ERISA, which duties they claim Defendants breached, and have filed a two-count Complaint

1-CH/196497.1

seeking to recover alleged losses to the Plan under ERISA Sections 502(a)(2) (Count I) and (a)(3) (Count II), 29 U.S.C. §§ 1132(a)(2), (a)(3).

3. Plaintiffs' core allegations center on the manner in which the Plan's service providers were compensated – revenue sharing. Plaintiffs claim that Defendants breached their fiduciary responsibilities to the Plan because they: (a) failed to disclose revenue sharing arrangements to participants; and (b) failed to police these arrangements to ensure that the fees ultimately earned by Plan service providers were reasonable in light of the services rendered.

4. On April 25, 2007, Defendants filed a motion to dismiss Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and a memorandum of law in support.

5. On June 20, 2007, Plaintiffs filed a 25-page memorandum in opposition to Defendants' motion.

6. On June 21, 2007, the day after briefing closed, the U.S. District Court for the Western District of Wisconsin decided <u>Hecker v. Deere & Co.</u>, No. 06-C-719-S (W.D. Wis. Jun. 21, 2007), a copy of which is attached as Exhibit A to Defendants' proposed Reply.

7. In <u>Deere</u>, the district court dismissed the same breach of fiduciary duty claims brought by the same law firm that represents Plaintiffs in this action.

8. Defendants request leave to file the attached Reply in order to respond to Plaintiffs' opposition to their motion to dismiss, address the district court's ruling in <u>Deere</u>, and explain why it is correct and should be followed in this case.

WHEREFORE, for the foregoing reasons, Defendants, CIGNA Corporation, John Arko, and the Corporate Benefit Plan Committee of CIGNA, respectfully request the Court to grant them leave to file the attached Defendants' Reply in Support of their Motion to Dismiss.

Respectfully submitted,

CIGNA CORPORATION, JOHN ARKO, and THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA.

By:  s/ James E. Bayles, Jr.

Sari M. Alamuddin (ARDC # 06215689)
James E. Bayles, Jr. (ARDC # 06206547)
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois  60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
E-mail: salamuddin@morganlewis.com
         jbayles@morganlewis.com

Joseph J. Costello (PA Bar No. 44327)
Attorney for Defendant
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
E-mail: jcostello@morganlewis.com

# CERTIFICATE OF SERVICE

I hereby certify that, on July 3, 2007, I electronically filed the foregoing Defendants' Motion for Leave to File Their Reply in Support of their Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jerome J. Schlichter
>Daniel V. Conlisk
>Heather Lea
>Mark Boyko
>SCHLICHTER, BOGARD & DENTON
>100 South 4th Street, Suite 900
>St. Louis, Missouri  63102
>jschlichter@uselaws.com
>dconlisk@uselaws.com
>hlea@uselaws.com
>mboyko@uselaws.com

>s/ James E. Bayles, Jr.

>Sari M. Alamuddin (ARDC # 06215689)
>James E. Bayles, Jr. (ARDC # 06206547)
>Attorneys for Defendants
>MORGAN, LEWIS & BOCKIUS LLP
>77 West Wacker Drive, Fifth Floor
>Chicago, Illinois  60601
>Telephone: (312) 324-1000
>Fax:  (312) 324-1001
>E-mail:  salamuddin@morganlewis.com
>         jbayles@morganlewis.com

>Joseph J. Costello (PA Bar No. 44327)
>Attorney for Defendant
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, Pennsylvania  19103
>Telephone: (215) 963-5000
>Fax:  (215) 963-5001
>E-mail:  jcostello@morganlewis.com