**E-FILED**
Tuesday, 17 July, 2007  04:34:53 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| KIM NOLTE, SHERRY LEWIS, | ) | |
| and THERESA MITCHELL | ) | |
| as representatives of a class of | ) | |
| similarly situated persons, | ) | |
| and on behalf of the CIGNA 401(k) | ) | |
| Plan, | ) | |
| | ) | |
| Plaintiffs; | ) | |
| | ) | |
| v. | ) | Cause No:      2:07-CV-2046-HAB-DGB |
| | ) | |
| CIGNA CORPORATION, JOHN | ) | |
| ARKO, and THE CORPORATE | ) | |
| BENEFIT PLAN COMMITTEE | ) | |
| OF CIGNA, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MOTION TO STRIKE REPLY BRIEF, OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY OPPOSING DEFENDANTS' MOTION TO DISMISS**

1.     On April 25, 2007 Defendants filed their Motion to Dismiss.

2.     On June 20, 2007 Plaintiffs' filed their Opposition to Defendants' Motion to Dismiss.

3.     Local Rule 7.1, provides that "no reply to the response is permitted," except regarding Summary Judgment motions.

4.     Despite Local Rule 7.1, Defendants seek leave to file a Reply in Support of its Motion to Dismiss.

5.     The filing of a Reply is not permitted under Local Rule 7.1 and leave to file should not be granted.

6.      Further, the Reply Brief filed exceeds the scope of Plaintiffs' Response to Defendants' Motion to Dismiss and is redundant of its originally filed Motion to Dismiss. Accordingly, it is improper and must be stricken.  See, *United State v. Gary*, 155 F.3d 562 (4th Cir. 1998)(denying leave to reply which was "largely redundant" of the original brief).

7.      Additionally, Plaintiffs intend to file a first Amended Complaint within weeks, which may impact the relevance of Defendants' Motion to Dismiss and Reply.

8.      Alternatively, Plaintiffs seek leave to file a sur-reply responding to Defendants' Reply and Opposing Defendants' Motion to Dismiss.  A copy of Plaintiffs' motion is attached as Exhibit 1 and will not, therefore, cause undue delay or prejudice.

WHEREFORE Plaintiffs' request this Court deny Defendants' Motion for Leave to File a Reply in Support of their Motion to Dismiss, strike Defendants' Reply in Support of their Motion to Dismiss, or, in the alternative, grant Plaintiffs leave to file Sur-Reply in Opposition to Defendants' Motion to Dismiss.

Respectfully submitted:

By:   /s Daniel Conlisk
Jerome J. Schlichter
Daniel Conlisk
Heather Lea
Mark Boyko
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street
Suite 900
St. Louis, MO 63102
Tel:    314-621-6115
Fax:    314-621-7151
Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sari M. Alamuddin
James E. Bayles, Jr.
James E. Bayles, Jr.
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601


s/ Daniel Conlisk