UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>CIGNA CORPORATION, *et al.*,  )<br>  )<br>    Defendants.  ) | Cause No: 2:07-CV-2046-HAB-DGB |

**PLAINTIFFS' RULE 56(f) MOTION TO
SUMMARILY REFUSE DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT, OR, ALTERNATIVELY, FOR A CONTINUANCE**

Pursuant to FED.R.CIV.P. 56(f), Plaintiffs Kim Nolte, Sherry Lewis, and Theresa Mitchell move this Court to summarily deny Defendants' Motion for Summary Judgment, which was filed in lieu of a responsive pleading, or, alternatively to continue that Motion to allow for a period of written discovery and depositions.

The primary basis raised by Defendants in support of their Motion for Summary Judgment is an affirmative defense, *i.e.*, ERISA § 404(c). Defendants also assert that Plaintiffs' factual allegations do not support a claim for "prohibited transactions." Defendants' Motion for Summary Judgment should be summarily refused because: (1) it fails to address many of the claims made by Plaintiffs; (2) Defendant has failed to prove all of the elements of the affirmative defense upon which the Motion is based; and (3) Defendants' attack on some claims is nothing more than a challenge to the sufficiency of the pleadings which clearly and adequately plead a claim for relief.

In further support of their Motion, Plaintiffs adopt, and incorporate herein by reference, Plaintiffs' Memorandum of Law in Support of their Rule 56(f) Motion to Summarily Refuse

Defendants' Motion for Summary Judgment, or, Alternatively, for a Continuance, which is filed simultaneously herewith.

FOR RELIEF Plaintiffs Kim Nolte, Sherry Lewis, and Theresa Mitchell respectfully request that this Court grant their Motion to Summarily Refuse Defendants' Motion for Summary Judgment. Alternatively, Plaintiffs request that this Court grant their request to continue any ruling on that Motion pending discovery.

Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON**

By: /s/ Kathy A. Wisniewski
Jerome J. Schlichter, 02488116
jschlichter@uselaws.com
Kathy A. Wisniewski, 03128346
kwisniewski@uselaws.com
120 W. Main Street, Suite 208
Belleville, IL 62220

100 S. Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (Fax)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, I electronically filed the Plaintiffs' Rule 56(f) Motion to Summarily Refuse Defendants' Motion for Summary Judgment, or, Alternatively, for a Continuance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sari M. Alamuddin
James E. Bayles, Jr.
James E. Bayles, Jr.
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601


/s/ Kathy A. Wisniewski