E-FILED
Wednesday, 26 August, 2009  04:06:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Cause No: 2:07-CV-02046-HAB-DGB |
| CIGNA CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO LIFT STAY AND MOTION FOR LEAVE TO AMEND**

Plaintiffs Kim Nolte, Sherry Lewis and Theresa Mitchell, individually and as representatives of a class of similarly situated persons, and on behalf of the CIGNA 401(k) Plan, request the Court lift the stay of this case and grant Plaintiffs leave to file a Second Amended Complaint.

1. On April 9, 2009, this case was stayed pending the outcome of the petition for rehearing of *Hecker v. Deere ("Hecker II"),* 569 F.3d 708 (7th Cir. 2009).

2. The Seventh Circuit issued its ruling, significantly modifying its opinion in that case, on June 24, 2009 and Plaintiffs notified this Court of that decision on July 6, 2009. Ct.Doc. 44.

3. When this case was stayed, Defendants had filed and briefed a Motion for Summary Judgment based on Plaintiffs' Amended Complaint, and little else. Ct.Doc. 19, filed September 10, 2007.

4. Defendants' motion will be mooted by the filing of Plaintiffs' Second Amended Complaint and, accordingly, Plaintiffs request that the stay be lifted in order to allow for the filing of the Second Amended Complaint and avoid unnecessary delay and an inefficient use of judicial resources.

1

5.      Pursuant to Rule 15(a), leave to amend shall be "freely given when justice so requires."

6.      Consistent with Supreme Court guidance in *Foman v. Davis*, 371 U.S. 178, 182 (1962) and for reasons stated in Plaintiffs' Memorandum in Support of this Motion, Plaintiffs' Motion for Leave to Amend should be granted.

WHEREFORE, for the foregoing reasons and those expressed in Plaintiffs' Memorandum in Support, Plaintiffs respectfully request the Court to lift the stay of this case and grant Plaintiffs leave to file their Second Amended Complaint.

        Respectfully submitted,

        SCHLICHTER, BOGARD & DENTON

        By:   /s/ Daniel V. Conlisk
             Jerome J. Schlichter, 02488116
             Nelson Wolff, 06211943
             Daniel V. Conlisk
             Heather Lea, 5276614
             100 S. Fourth St., Suite 900
             St. Louis, Missouri 63102
             (314) 621-6115
             (314) 621-7151 (Fax)
             jschlichter@uselaws.com
             nwolff@uselaws.com
             dconlisk@uselaws.com
             hlea@uselaws.com

             Belleville Illinois Office
             120 West Main Street, Ste. 208
             Belleville, IL  62220

CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2009, I filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Sari M. Alamuddin
James E. Bayles, Jr.
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601

Joseph J. Costello
Morgan Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA  19103


                                                  s/ Daniel V. Conlisk