E-FILED
Friday, 04 December, 2009  04:10:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM NOLTE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   07-2046 |
| vs. | ) |
| | ) |
| CIGNA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

CASE MANAGEMENT ORDER

This case is before the court pursuant to Fed. R. Civ. P. 16.  The plaintiffs appeared through Daniel V. Conlisk, Esq.  The defendants appeared through Sari M. Alamuddin, Esq.

The parties have submitted a report of their Rule 26(f) planning meeting.  The court adopts the proposed discovery plan, amended and supplemented as follows.

1. The parties' production of documents under Fed. R. Civ. P. 34 shall be completed no later than March 15, 2010.

2. Dispositive motions shall be filed no later than December 20, 2010.  Responses and replies shall be filed in accordance with this court's Local Rules.

3. The parties shall submit, no later than December 18, 2009, a proposed order governing electronic discovery.

4. A status conference is scheduled for March 16, 2010, at 1:30 p.m. by telephone conference call.  The court will initiate the call.

5. The final pretrial conference will be held on March 15, 2011, at 1:30 p.m. by personal appearance before the court in Urbana, Illinois.

6 . A bench trial will be held on March 24, 2011, at 9:00 a.m.

7. Motions to extend any of these dates and deadlines will be viewed most unfavorably by the court.

Enter this 4th of December, 2009.

                                       s\Harold A. Baker
                         _____
                                   HAROLD A. BAKER
                        UNITED STATES DISTRICT JUDGE