UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No.  2:07-CV-2046-HAB-DGB |
| | ) |
| CIGNA CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AGREED MOTION FOR ENTRY OF AGREED STIPULATION AND ORDER FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

Plaintiffs Kim Nolte, Sherry Lewis, and Theresa Mitchell (collectively, "Plaintiffs"), and Defendants Cigna Corporation, John Arko, the Corporate Benefit Plan Committee of Cigna, Connecticut General Life Insurance Company, and TimesSquare Capital Management, Inc. (collectively, "Defendants"), by their respective attorneys move for entry of the attached proposed Agreed Stipulation and Order for Discovery of Electronically Stored Information. In support of their motion, the parties state as follows:

1. Pursuant to Magistrate Judge Baker's order that the parties submit a proposed order governing electronic discovery, the parties, by their attorneys, have communicated on the protocol that should be in place to guide discussions on electronic discovery, including defined terms, the scope of preservation of electronically stored information, the scope of discovery of electronically stored information, the production and review methodology for electronically stored information, as well as additional issues concerning electronic discovery.

2. The parties have agreed to the terms set out in the attached Agreed Stipulation and Order for Discovery of Electronically Stored Information and request that it be entered by the Court.

**Respectfully submitted on this 18th day of December, 2009,**

| PLAINTIFFS KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL | DEFENDANTS CIGNA CORPORATION, JOHN ARKO, THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, AND TIMESSQUARE CAPITAL MANAGEMENT, INC. |
|---|---|
| By: s/ Daniel V. Conlisk<br>   One of Their Attorneys | By: s/ Sari M. Alamuddin (by consent)<br>   One of Their Attorneys |
| Jerome J. Schlichter, 02488116<br>Nelson Wolff, 06211943<br>Daniel V. Conlisk<br>Heather Lea, 5276614<br>SCHLICHTER, BOGARD & DENTON<br>100 S. Fourth Street, Suite 900<br>St. Louis, Missouri 63102<br>(314) 621-6115<br>(314) 621-7151 (Fax)<br>jschlichter@uselaws.com<br>nwolff@uselaws.com<br>dconlisk@uselaws.com<br>hlea@uselaws.com<br><br>Belleville Illinois Office<br>120 W. Main Street, Suite 208<br>Belleville, IL  62220 | Sari M. Alamuddin, 06215689<br>James E. Bayles, Jr., 06206547<br>MORGAN, LEWIS & BOCKIUS, LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL  60601<br>(312) 324-1000<br>(312) 324-1001<br>salamuddin@morganlewis.com<br>jbayles@morganlewis.com<br><br>Joseph J. Costello, PA Bar No. 44327<br>MORGAN LEWIS & BOCKIUS, LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>(215) 963-5000<br>(215) 963-5001 (Fax)<br>jcostello@morganlewis.com |

CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2009, I filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Sari M. Alamuddin
James E. Bayles, Jr.
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601

Joseph J. Costello
Morgan Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA  19103

                                                  s/ Daniel V. Conlisk