E-FILED
Friday, 18 December, 2009  04:47:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No.  2:07-CV-2046-HAB-DGB |
| | ) |
| CIGNA CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## AGREED STIPULATION AND ORDER FOR DISCOVERY OF ELECTRONICALLY STORED INFORMATION

**AND NOW,** this ____ day of _____, 2009, it is ORDERED that absent further stipulated agreement of the parties, the following protocol shall be in place regarding electronic discovery ("eDiscovery") issues in this case:

**I.    Definitions**

When used throughout this document and subsequent stipulations and orders regarding eDiscovery, the following definitions shall apply:

  A.    "ESI" means electronically stored information, as defined in Fed. R. Civ. P. 34(a)(1).

  B.    "Other Systems" are computer systems, other than email messaging systems, and employee desktop and laptop computers, which create and store ESI, and which were in use at any time during the date range to be defined by the parties.

  C.    "Data Locations" are computer media or electronic sites where ESI is stored and retained, such as shared directories and computer hard drives.

  D.    "Key Custodians" are those individuals likely to possess ESI that is most directly related to the claims or defenses of any party.

**II.   Defining the Scope of Preservation**

The parties recognize their mutual obligations, under the Federal Rules of Civil Procedure, to preserve ESI that is potentially relevant to the claims or defenses alleged in this action.  In furtherance of these obligations:

No later than January 15, 2010, the parties shall:

A. Finalize and agree upon a preliminary list of Key Custodians, Data Locations, and Other Systems containing potentially relevant ESI or shall define an impasse on such issues;

B. Reach agreement or define an impasse regarding the preservation and collection of ESI, specifically including the following categories of ESI:

1. E-mail ESI, including e-mail messages from Defendants' servers, and whether certain email will be restored from back up tapes;

2. Non E-mail User-Created ESI; and

3. Future ESI, which is relevant ESI created within a reasonable time after the suit was filed.

C. Reach agreement or define an impasse regarding:

1. <u>ESI Date Range:</u> The date range for which the parties shall be obligated to preserve and produce ESI; and

2. <u>Back-Up Tapes:</u> Defendants' obligation, if any, to preserve backup tapes, and the recycling of such tapes pursuant to their usual practices and/or policies;

3. <u>Cached Data, Residual Data, RAM and Fragmented Data:</u> Defendants' obligation, if any, to preserve, review, or produce deleted, shadowed, fragmented, residual data or documents; cached, temporary files, random access memory ("RAM"); or ESI which would only be preserved by taking a forensic (bit stream) image of a hard drive, and the circumstances under which such obligation may arise;

4. <u>Metadata:</u> A list of examples of the types of metadata fields that the parties shall be obligated to produce is attached hereto as Exhibit 1. The parties shall further discuss these types of metadata.

### III. Defining the Scope of ESI Discovery

The parties recognize the very broad scope of potentially discoverable ESI and for that reason seek to define the scope of the preservation obligation as well as the scope of materials that must be searched in response to discovery requests.

Accordingly, no later than January 15, 2010, the parties shall meet and confer to define the scope of ESI that will serve as the basis for potential discovery. Specifically, the parties shall meet and confer and either reach agreement or a defined impasse on issues relating to:

A. Key Custodians;

B. Potentially relevant Data Locations;

  C.  E-mail storage locations;

  D.  Other Systems likely to contain potentially relevant information;

  F.  Metadata;

  G.  The correlation between **ESI** and attached documents (e.g. the correlation and production of e-mails with attachments);

  H.  Search terms; and

  I.  Cost-sharing allocation.

**IV.** **Production and Review Methodology**

 The parties shall negotiate in good faith regarding the scope of ESI to be collected, processed, and reviewed for potential responsiveness including metadata. Similarly, the parties have agreed to negotiate in good faith regarding further refinement, including, but not limited to, key word searching.

 In general, the process of review and production will consist of (1) loading of **ESI** within the scope of relevant materials by agreement of the parties; (2) further refinement through key word searching and culling; (3) review by the producing party; and (4) identification by the producing party of responsive, non-privileged ESI; and (5) production of responsive non-privileged ESI to the other parties. The parties shall negotiate in good faith to agree on a production timetable which takes into account the scope of ESI to be collected.

 With the exception of certain large files (which will have to be produced as segregated, native files), the designated **ESI** shall be produced in image files (e.g., PDF or TIFF) with accompanying searchable extracted text and commonly produced metadata fields in a load file as requested. When the image file is produced, the producing party shall preserve the integrity of the document's contents, i.e., the original formatting of the document and its metadata. When technically feasible, ESI produced as image files shall be accompanied by corresponding electronic files containing extracted text and accompanying metadata.

 Wherever possible, the parties will produce image files. However, during the course of discovery, it may become apparent that some file types (e.g. large spreadsheets) are not easily converted from native format into image files. In such circumstances, the party requesting to produce files natively shall promptly notify the other party and discuss an appropriate native file protocol.

 After initial production in image file format is complete, the party receiving such production shall notify the producing party whether the receiving party believes production in native file format is necessary. The parties shall meet and confer regarding the issue and, if not resolved, either may seek relief from the Court.

 Defendants shall disclose Other Systems of structured data (e.g., databases) and a general description of each system, including the nature, scope, character, organization, and formats

employed in each system, that they believe may contain relevant ESI and the manner in which they believe they can reasonably and without undue burden or cost produce responsive ESI (or reports regarding such information) from each such system. The parties anticipate that discovery requests may include requests for reports from such systems. The parties shall negotiate in good faith regarding the scope and format of such reports, or if any are required.

**V.     Additional Issues**

      A.      <u>Continued Operation of Systems.</u> Nothing in this order shall prohibit the following actions taken in the ordinary course of business: (1) routine maintenance, operation, or replacement of computer systems or equipment; and (2) upgrading, loading, reprogramming, customizing, or migrating software, even if such actions modify or alter the way in which ESI is maintained, stored, or viewed, provided the integrity of the original ESI is maintained.

      B.      <u>Retention Policies.</u> Defendants shall provide Plaintiffs with descriptions of all pertinent document retention policies, including policies concerning the preservation or retention of back-up tapes by December 31, 2009.

      C.      <u>Claw-back Provision and Non-Waiver Agreement.</u> Any "claw back" issues shall be treated in accordance with Fed. R. Civ. P. 26 (b)(5) and Fed. R. Evid. 502.

      D.      <u>Relief from Court.</u> If the parties are unable to agree, or need further clarification on any issue relating to the preservation, collection, or production of ESI, any party may seek appropriate relief from the Court.

SO ORDERED this ____ day of _____, 2009.

 

_____
UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Case Nolte v. Cigna Agreed Stipulation on ESI | Exhibit 1 |

## LIST OF METADATA FIELDS PERSERVED DURING PROCESSING

**File Property Fields**

| | FIELD NAME | FIELD DEFINITION |
|---|---|---|
| 1 | DSICategory | Category |
| 2 | DSICompany | Company |
| 3 | DSIManager | Manager |
| 4 | DSINumberofHiddenSlides | Number of Hidden Slides |
| 5 | DSINumberofLines | Number of Lines |
| 6 | DSINumberofMMClips | Number of MM clips |
| 7 | DSINumberofNotes | Number of Notes |
| 8 | DSINumberofParagrahs | Number of Paragraphs |
| 9 | DSINumberofSlides | Number of Slides |
| 10 | NA_Office_CommentCount | Comment Count |
| 11 | NA_Office_hasautoupdate | Auto Update? |
| 12 | NA_Wrd_Trackrevisions | MS Word Track Changes? |
| 13 | NA_Wrd_Unacceptedrevisions | Number of Unaccepted Revisions |
| 14 | SIApplication | Application |
| 15 | SIAuthor | Author |
| 16 | SIComments | Comments |
| 17 | SICreationDTTM | Creation DTTM |
| 18 | SIKeywords | Keywords |
| 19 | SIAuthor | Last Author |
| 20 | SIPrintDTTM | Last Print DTTM |
| 21 | SILastSavedDate | Last Saved DTTM |
| 22 | SINumberofCharacters | Number of Characters |
| 23 | SINumberofPages | Number of Pages |
| 24 | SINumberofWords | Number of Words |
| 25 | SIRevisionNumber | Revision Number |
| 26 | SISecurity | Security |
| 27 | SISubject | Subject |
| 28 | SITemplate | Template |
| 29 | SITitle | Title |
| 30 | SITotalEditTime | Total Edit Time |
| 31 | ArchiveFileTypeFlag | Archive Flag |
| 32 | FileCreatedDTTM | File Created |
| 33 | FileExtension | File Extension (Actual) |
| 34 | Filesize | File Size |
| 35 | LastAccessedDTTM | Last Accessed DTTM |
| 36 | LastModifiedDTTM | Last Modified DTTM |
| 37 | Name | File Name |
| 38 | Owner | Owner |
| 39 | NA_Office_Comment | MS Office Comments |
| 40 | NA_PPT_Speakernotes | MS PowerPoint Speaker Notes |

1

| FIELD NAME | | FIELD DEFINITION |
|---|---|---|
| 41 | EmbeddedfileCount | Number of Embedded Objects |
| 42 | SICreator | Specific to PDFs |
| 43 | SIProducer | Specific to PDFs |
| 44 | SIModifiedDTTM | Specific to PDFs |
| 45 | SIFileFormatVersion | Specific to PDFs |

## Email Property Fields

| FIELD NAME | | FIELD DEFINITION |
|---|---|---|
| 1 | DeferredDeliveryDTTM | Outlook Deferred Delivery Date/Time. When the message is set for deferred delivery. |
| 2 | DeliveryReceiptFlag | Outlook Delivery Receipt Requested Flag |
| 3 | ExpireDTTM | Outlook Expire Date/Time. When the message is set to expire. |
| 4 | FollowupFlagDueBy | Outlook Flag Due By Date. Related to FollowupFlagStatus |
| 5 | FollowupFlagStatus | Outlook Flag Status 0=None (Default), 1=White, 2=Red |
| 6 | FollowupFlagText | Outlook Flag Status 0=None (Default), 1=White, 2=Red |
| 7 | LastAction | Outlook Last Action. 102=Reply to sender,103=Reply to all,104=Forward |
| 8 | LastActionDTTM | Outlook Last Action DTTM. |
| 9 | MailRecipient | Mail Recipient |
| 10 | MailRecipientBCC | Mail Recipient BCC |
| 11 | MailRecipientCC | Mail Recipient CC |
| 12 | MailRecipientDisplay | Mail Recipient Display |
| 13 | MailRecipientDisplayBCC | Mail Recipient Display BCC |
| 14 | MailRecipientDisplayCC | Mail Recipient Display CC |
| 15 | MailRecipientsCombinedBCCHash | This is the hash of the combined BCCs. All the BCCs are combined into a single variable, and then that variable is hashed. This is for deduplication purposes. |
| 16 | MailRecipientsCombinedCCHash | This is the hash of the combined CCs. All the CCs are combined into a single variable, and then that variable is hashed. This is for deduplication purposes. |
| 17 | MailRecipientsCombinedToHash | This is the hash of the combined Tos. All the Tos are combined into a single variable, and then that variable is hashed. This is for deduplication purposes. |
| 18 | MailRecipientsTrackingStatus | Mail Recipient, CC, BCC Tracking Status. Related ID points to actual recipient. |
| 19 | MailRecipientsTrackingStatusTime | Mail Recipient, CC, BCC Tracking Status Time. Related ID points to actual recipient. |
| 20 | MessageCategories | Message Categories |
| 21 | MessageOrigin | Message Origin, if sent by someone other than the Sender. Maps to the Origin Field in a NSF document |

| | **FIELD NAME** | **FIELD DEFINITION** |
|---|---|---|
| 22 | ReadReceiptFlag | Outlook Read Receipt Requested Flag |
| 23 | ReceivedBy | Outlook Received By Name |
| 24 | ReceivedOnBehalf | Outlook Received On Behalf Name |
| 25 | ReplyRecipient | Outlook Reply Recipient Name |
| 26 | VotingOptions | Outlook Voting Options |
| 27 | VotingResponse | Outlook Voting Response |
| 28 | AttachmentCount | Count of Attachments |
| 29 | Author1 | Author 1 (Display Name) |
| 30 | Author2 | Author 2 (Email Address) |
| 31 | DeletedFlag | Flag - Deleted |
| 32 | EncryptedFlag | Flag - Encrypted |
| 33 | Importance | Importance (Outlook: 0=Low,1=Normal,2=High) |
| 34 | LastAccessedDTTM | DTTM Stamp Last Accessed |
| 35 | LastModifiedDTTM | DTTM Stamp Last Modified |
| 36 | MsgCreatedDTTM | DTTM Stamp Msg Received |
| 37 | ReceivedDTTM | DTTM Stamp Received |
| 38 | ResponseFlag | Flag - Response |
| 39 | SecondaryID1 | Notes: UniversalID, Outlook: MessageID |
| 40 | SecondaryID2 | Notes: ParentDocumentUNID, Outlook: FolderID |
| 41 | SecondaryID3 | Notes: NotesURL, Outlook: StoreID |
| 42 | SecondaryIDSmall2 | Notes: NoteID, Outlook: Not Used |
| 43 | Sensitivity | Sensitivity (Outlook:3 = Confidential,0 = Normal,1 = Personal,2 = Private) |
| 44 | SentByAgentFlag | Flag - Sent By Agent |
| 45 | SentDTTM | DTTM Stamp Sent |
| 46 | SentFlag | Sent Flag |
| 47 | SignedFlag | Flag - Signed |
| 48 | Signer | Signer |
| 49 | UnreadFlag | Flag - Unread |
| 50 | Verifier | Verifier |
| 51 | MessageSize | Size of Email as Reported by Outlook/Notes |
| 52 | MSGAllDayEvent | Outlook Calendar Option identifying a full day appointment |
| 53 | MSGAssoicatedAppointmentItem | Outlook Calendar option identifying related appointments |
| 54 | MSGAutoForwarded | Outlook Calendar note identifying message auto-forward usage |
| 55 | MSGBillingInformation | |
| 56 | MSGBusyStatus | Outlook Calendar note identifying schedule usage |
| 57 | MSGCompanies | Outlook field re company name |
| 58 | MSGConferenceServerAllowExternal | Outlook user personal option flag on calendar entries |
| 59 | MSGConferenceServerPassword | Outlook user personal option flag on calendar entries |
| 60 | MSGDeleteAfterSubmit | Outlook user personal option flag on calendar entries |
| 61 | MSGDuration | Outlook Calendar note re length of meetings |
| 62 | MSGEnd | Outlook Calendar note re meeting endings |

3

| | FIELD NAME | FIELD DEFINITION |
|---|---|---|
| 63 | MSGIsOnlineMeeting | Outlook Calendar net conferencing field |
| 64 | MSGIsRecurring | Outlook Calendar note re recurring meetings. |
| 65 | MSGLocation | Outlook Calendar location field |
| 66 | MSGMeetingStatus | Outlook Calendar option field |
| 67 | MSGMileage | Outlook Calendar option field |
| 68 | MSGNetMeetingAutoStart | Outlook Calendar meeting fields |
| 69 | MSGNetMeetingDocPathName | Outlook Calendar meeting fields |
| 70 | MSGNetMeetingOrganizerAlias | Outlook Calendar meeting fields |
| 71 | MSGNetMeetingServer | Outlook Calendar meeting fields |
| 72 | MSGNetMeetingType | Outlook Calendar meeting fields |
| 73 | MSGNetShowURL | Outlook Calendar net conferencing field |
| 74 | MSGNoAging | Outlook Calendar meeting fields |
| 75 | MSGOptionalAttendees | Outlook Calendar meeting fields |
| 76 | MSGOrganizer | Outlook Calendar meeting fields |
| 77 | MSGRECRRecurrencePatternString | Outlook Calendar note re recurring meetings. |
| 78 | MSGRECRRecurrenceType | Outlook Calendar note re recurring meetings. |
| 79 | MSGRecurrenceState | Outlook Calendar note re recurring meetings. |
| 80 | MSGReminderMinutesBeforeStart | Outlook Calendar re Meeting Times |
| 81 | MSGReminderOverrideDefault | Outlook Calendar re Meeting Times |
| 82 | MSGReminderPlaySound | Outlook Calendar re Meeting Times |
| 83 | MSGReminderSet | Outlook Calendar re Meeting Times |
| 84 | MSGReminderSoundFile | Outlook Calendar re Meeting Times |
| 85 | MSGReminderTime | Outlook Calendar re Meeting Times |
| 86 | MSGReplyTime | Outlook Calendar re Meeting Times |
| 87 | MSGRequiredAttendees | Outlook Calendar field re Attendees |
| 88 | MSGResources | Outlook Calendar field re Attendees |
| 89 | MSGResponseRequested | Outlook Calendar field re Reponses |
| 90 | MSGResponseStatus | Outlook Calendar field re Reponses |
| 91 | MSGStart | Outlook Calendar field re Meeting Times |
| 92 | MSGInternetHeaders | Outlook Calendar Message Header |
| 93 | CalendarTimeZone | Outlook Calendar Time Zone |
| 94 | SecondaryEmailType | Raw email type, as reported by the source email system ("IPM.Note", etc) |
| 95 | InternetMessageID | PR Internet Message ID |

4