E-FILED
Friday, 07 May, 2010  05:19:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| KIM NOLTE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No:  2:07-CV-2046-HAB-DGB |
| | ) | |
| CIGNA CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRIVILEGED DOCUMENTS

Plaintiffs, by their attorneys, respectfully request leave from the Court to allow Plaintiffs to file their Reply to Defendants' Opposition to Plaintiffs' Motion to Compel Privilege Documents. In accordance with Rule II.A.6 of the Court's ECF Civil Administrative Procedures, Plaintiffs attach a copy of their proposed Reply as Exhibit 1. Plaintiffs are cognizant of this Court's Local Rule 7.1(B)(3) which does not permit a party to reply to the opposing party's response. However, Defendants have mischaracterized the applicable authority and rationale underlying the fiduciary exception to the attorney-client privilege, as well as other factual circumstances that require clarification for the Court. Without a reply under these circumstances, Plaintiffs will not have an opportunity to correct these inaccuracies which misguide the Court and undermine Plaintiffs' previous motion. Plaintiffs do not seek to reargue their Motion, (Doc. 75), but rather seek to file a narrow Reply which only addresses Defendants' mischaracterization of relevant authority interpreting the fiduciary exception and a factual error.

Respectfully submitted,

By:   /s/ Troy A. Doles
Jerome J. Schlichter, 02488116
Troy Doles, 6242803
Heather Lea, 06276614
Mark G. Boyko, 06288036
SCHLICHTER, BOGARD & DENTON
120 W. Main Street, Ste 208
Belleville, IL  62220
and
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Tel:    314-621-6115
Fax:    314-621-7151
Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2010, I filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following, additionally copies of the documents filed under seal have been sent via electronic mail this date:

Sari M. Alamuddin
James E. Bayles, Jr.
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601

Joseph J. Costello
Morgan Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA  19103

/s/ Troy A. Doles