E-FILED
Friday, 07 May, 2010  08:03:19 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

(Filed Under Seal Pursuant to Interim Protective Order, Doc. #69)