E-FILED
Friday, 14 May, 2010  07:08:30 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

KIM NOLTE, SHERRY LEWIS, and
THERESA MITCHELL, individually and as
representatives of a class of similarly situated
persons, and on behalf of the CIGNA 401(k)
plan,

      Plaintiffs,

v.

CIGNA CORPORATION, JOHN ARKO,
THE CORPORATE BENEFIT PLAN
COMMITTEE OF CIGNA, CONNECTICUT
GENERAL LIFE INSURANCE COMPANY,
and TIMESSQUARE CAPITAL
MANAGEMENT, INC.

      Defendants.

No. 2:07-cv-02046-HAB-DGB

Judge Harold A. Baker

Magistrate Judge David G. Bernthal

### DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER
### WITH RESPECT TO THE DEPOSITION OF H. EDWARD HANWAY

Pursuant to Fed. R. Civ. P. 26(c), Defendants, CIGNA Corporation, John Arko, the

Corporate Benefit Plan Committee of CIGNA, Connecticut General Life Insurance Company,

and CIGNA Investments, Inc. (incorrectly identified as TimesSquare Capital Management, Inc.)

(collectively, "Defendants"), hereby move this Court for a Protective Order precluding Plaintiffs

from taking the deposition of H. Edward Hanway, CIGNA Corporation's former CEO, President,

and Chairman, on the grounds that Mr. Hanway has no unique personal knowledge of the facts at

issue, and his deposition would be duplicative and cumulative.

Counsel for Defendants in good faith conferred with Plaintiffs' counsel in an effort to

informally resolve this dispute without court action, but such effort was not successful.

Dated: May 14, 2010

CIGNA CORPORATION, JOHN ARKO, THE
CORPORATE BENEFIT PLAN COMMITTEE OF
CIGNA, CONNECTICUT GENERAL LIFE INSURANCE
COMPANY, and TIMESSQUARE CAPITAL
MANAGEMENT, INC.

By:  s/ Azeez Hayne

Sari M. Alamuddin (ARDC # 06215689)
James E. Bayles, Jr. (ARDC # 06206547)
Kirsten A. Milton (ARDC # 06286124)
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois  60601
Telephone: (312) 324-1000
Fax:  (312) 324-1001
Email: salamuddin@morganlewis.com
        jbayles@morganlewis.com
        kmilton@morganlewis.com

Joseph J. Costello (PA Bar # 44327)
Azeez Hayne (PA Bar # 88356)
Attorney for Defendant
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 963-5000
Fax:  (215) 963-5001
Email: jcostello@morganlewis.com

## CERTIFICATE OF SERVICE

I, Azeez Hayne, one of the attorneys for Defendants, hereby certify that, on May 14, 2010, I electronically filed the foregoing **Defendants' Motion for Entry of Protective Order With Respect to the Deposition of H. Edward Hanway** and the **Memorandum of Law in Support of their Motion for Entry of Protective Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerome J. Schlichter (jschlichter@uselaws.com)
Daniel V. Conlisk (dconlisk@uselaws.com)
Nelson G. Wolff (nwolff@uselaws.com)
Jason P. Kelly (jkelly@uselaws.com)
Laura Grady (lgrady@uselaws.com)
Lisa Morris (lmorris@uselaws.com)
Heather Lea (hlea@uselaws.com)
Mark G. Boyko (mboyko@uselaws.com)
Sean E. Soyars (ssoyars@uselaws.com)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street, Suite 900
St. Louis, Missouri  63102


s/ Azeez Hayne

Sari M. Alamuddin (ARDC # 06215689)
James E. Bayles, Jr. (ARDC # 06206547)
Kirsten A. Milton (ARDC # 06286124)
Attorneys for Defendants
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, Illinois  60601
Telephone: (312) 324-1000
Fax:  (312) 324-1001
Email: salamuddin@morganlewis.com
    jbayles@morganlewis.com
    kmilton@morganlewis.com


Joseph J. Costello (PA Bar # 44327)
Azeez Hayne (PA Bar # 88356)
Attorney for Defendant
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 963-5000
Fax:  (215) 963-5001
Email: jcostello@morganlewis.com