**E-FILED**
Friday, 28 May, 2010  09:56:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Cause No:  2:07-CV-02046-HAB-DGB |
| ) | |
| CIGNA CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Come now the parties, by and through their attorneys, and for their Motion to Amend the Scheduling Order state the following:

Given the various discovery disputes and recent statements by the Court regarding the need to revise the Scheduling Order, the parties jointly propose a revised schedule of certain deadlines with respect to the above-referenced matter.  It is important to mention, as demonstrated below, that all parties wish to maintain the current dispositive motion deadline or trial date for this case.  Rather, the parties only propose an extension of the dates regarding fact and expert discovery as follows:

August 2, 2010, Class Certification Motion Filed;

September 1, 2010, Experts Disclosed;

October 1, 2010, Rebuttal Experts Disclosed;

November 12, 2010, End of All Discovery;

December 12, 2010, Dispositive Motions; and,

March 24, 2011, Trial

Respectfully submitted on this 28th day of May, 2010.

| | |
|---|---|
| PLAINTIFFS KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL | DEFENDANTS CIGNA CORPORATION, JOHN ARKO, THE CORPORATE CIGNA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, AND TIMESSQUARE CAPITAL MANAGEMENT, INC. |
| By:   s/ Troy A. Doles<br>         One of Their Attorneys | By:   s/ Sari M. Alamuddin (by consent)<br>         One of Their Attorneys |
| Jerome J. Schlichter, 02488116<br>Nelson Wolff, 06211943<br>Troy A. Doles, 6242803<br>Heather Lea, 6276614<br>SCHLICHTER, BOGARD & DENTON<br>100 S. Fourth Street, Suite 900<br>St. Louis, Missouri 63102<br>(314) 621-6115<br>(314) 621-7151 (Fax)<br>jschlichter@uselaws.com<br>nwolff@uselaws.com<br>tdoles@uselaws.com<br>hlea@uselaws.com | Sari M. Alamuddin, 06215689<br>James E. Bayles, Jr., 06206547<br>MORGAN, LEWIS & BOCKIUS, LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, IL  60601<br>(312) 324-1000<br>(312) 324-1001<br>salamuddin@morganlewis.com<br>jbayles@morganlewis.com<br><br>Azeez Hayne<br>Joseph J. Costello, PA Bar No. 44327<br>MORGAN LEWIS & BOCKIUS, LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>(215) 963-5000<br>(215) 963-5001 (Fax)<br>jcostello@morganlewis.com |
| Belleville Illinois Office<br>120 W. Main Street, Suite 208<br>Belleville, IL  62220 | |

CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2010, I served this via U.S. Mail and e-mail to the following parties:

Sari M. Alamuddin
James E. Bayles, Jr.
Kriston Milton
MORGAN LEWIS & BOCKIUS, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL  60601

Joseph J. Costello
Azeez Hayne
Morgan Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA  19103

s/ Troy A. Doles