UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KIM NOLTE, et al.,              )
                                )
                Plaintiffs,     )      07-2046
                                )
        v.                      )
                                )
CIGNA CORPORATION, et al.,      )
                                )
                Defendants.     )

CASE MANAGEMENT ORDER #2

A motion hearing was held on June 8, 2010.  The plaintiffs appeared through Heather Lea, Esq., Jerome Schlichter, Esq., and Troy Doles, Esq.  The defendants appeared through Sari Alamuddin, Esq.

The hearing was scheduled regarding the defendants' motion to reconsider the court's rulings on the plaintiffs' motions, d/e 70 and d/e 75.  The court's order granting those motions [94] was vacated by text order on May 24, 2010, pending resolution of the motion to reconsider.

The parties presented the court with argument as to redacted and privileged documents.  The plaintiffs' emergency motion to compel production of documents, d/e 70, is once again **granted**.  The court ordered the defendant to submit for *in camera* review the documents claimed to be privileged.  The documents should be mailed to the court as soon as practicable.  The plaintiffs' motion to compel production of non-privileged documents, d/e 75, **remains pending**.

The court also **granted** the following motions:

Motion for leave to file a reply to defendants' opposition to plaintiffs' motion to compel production of privileged documents [86].  The plaintiffs shall file their reply within two days of the date of this order.

Motion for leave to file a third amended complaint [87].  The plaintiffs shall file the third amended complaint within two days of the date of this order.  The defendants shall file their answer within 30 days thereafter.

Motion for leave to file a reply in support of protective order regarding the deposition of H. Edward Hanway [101].  The defendants shall file their reply within two days of the date of this order.

Joint motion for extension of time to complete discovery and amend the scheduling order [103]. The court establishes the following dates and deadlines:

  1. A telephone status conference is scheduled for July 14, 2010, at 8:30 a.m. The court will initiate the call.
  2. The motion to certify a class shall be filed by August 2, 2010.
  3. The parties shall disclose experts by September 1, 2010.
  4. The parties shall disclose rebuttal experts by October 1, 2010.
  5. Discovery will close on November 12, 2010.
  6. Dispositive motions shall be filed no later than December 12, 2010. Responses and replies shall be filed in accordance with this court's Local Rules.
  7. A final pretrial conference is scheduled for March 15, 2011, at 1:30 p.m. by personal appearance.
  8. Trial is scheduled to begin on March 24, 2011, at 9:00 a.m.

The following motion is **denied in part,** and **remains pending in part:**

Motion for reconsideration [96] is denied as to d/e 70. A ruling on d/e 75 will be issued after the court completes its *in camera* review of the defendants' documents. Therefore, d/e 96 remains pending as to d/e 75.

The following motion is **denied as moot**:

Motion for clarification of text order [90].

The following motions **remain pending**:

Motion to compel production of non-privileged documents [75].

Motion for protective order with respect to the deposition of H. Edward Hanway [92].

Motion for reconsideration [96], with respect to d/e 75 only.

ENTERED this 8th day of June, 2010.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE