# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL, individually and as representatives of a class of similarly situated persons, and on behalf of the CIGNA 401(k) Plan, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 2:07-cv-02046-HAB-DGB<br>)<br>) Judge Harold A. Baker |
| v. | )<br>) |
| CIGNA CORPORATION, JOHN ARKO, THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, TIMESSQUARE CAPITAL MANAGEMENT, INC., CIGNA INVESTMENTS, INC., AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for defendant Prudential Retirement Insurance and Annuity Company, furnishes the following in compliance with Rule 11.3 of this Court:

1. Prudential Retirement Insurance and Annuity Company ("PRIAC").

2. PRIAC is a wholly owned subsidiary of The Prudential Insurance Company of America ("PICA"). PICA is a wholly owned subsidiary of Prudential Holdings, LLC. Prudential Financial, Inc. is the sole member of Prudential Holdings, LLC. Only Prudential Financial, Inc. is a publicly held company.

3. Attorneys from the following law firms have appeared and are expected to appear on behalf of PRIAC:

>O'MELVENY & MYERS LLP
>1625 Eye Street, N.W.
>Washington, D.C. 20006
>(202) 383-5300
>
>SONNENSCHEIN NATH & ROSENTHAL LLP
>233 S. Wacker Drive, Suite 7800
>Chicago, IL  60606
>(312) 876-8000

Dated:  August 6, 2010

>/s/ Robert N. Eccles
>*Lead Counsel for Ddefendant*
>*Prudential Retirement Insurance and*
>*Annuity Company*
>
>Robert N. Eccles
>Brian D. Boyle
>O'MELVENY & MYERS LLP
>1625 Eye Street, N.W.
>Washington, D.C.  20006
>(202) 383-5300
>
>John Grossbart
>Geoffrey J. Repo
>SONNENSCHEIN NATH & ROSENTHAL LLP
>233 S. Wacker Drive
>Suite 7800
>Chicago, IL  60606
>(312) 876-8000