E-FILED
Monday, 09 August, 2010  04:42:32 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL, individually and as representatives of a class of similarly situated persons, and on behalf of the CIGNA 401(k) Plan, <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION, JOHN ARKO, THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, TIMESSQUARE CAPITAL MANAGEMENT, INC., CIGNA INVESTMENTS, INC., AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, <br><br> Defendants. | Case No. 2:07-cv-02046-HAB-DGB <br><br> Judge Harold A. Baker <br><br> Magistrate Judge David G. Bernthal |

## DEFENDANT PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

For the reasons explained in the accompanying Memorandum in Support, Defendant Prudential Retirement Insurance and Annuity Company ("PRIAC") hereby moves this Court to grant PRIAC's Motion for Judgment on the Pleadings ("Motion") and dismiss Plaintiffs' Third Amended Complaint [Dkt. # 109] with prejudice.

PRIAC requests oral argument on the Motion due to the complexity of the issues and the fact that the relief requested would be dispositive as to all the claims regarding PRIAC. A proposed order is attached hereto pursuant to Local Rule 5.9(B)(2).

Dated:  August 9, 2010                    Respectfully submitted,

/s/ Robert N. Eccles
*Lead Counsel for defendant*
*Prudential Retirement Insurance and*
*Annuity Company*

Robert N. Eccles
Brian D. Boyle
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300

John Grossbart
Geoffrey J. Repo
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000

2:07-cv-02046-HAB -DGB   # 138   Page 2 of 4

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| KIM NOLTE, SHERRY LEWIS, and THERESA MITCHELL, individually and as representatives of a class of similarly situated persons, and on behalf of the CIGNA 401(k) Plan, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CIGNA CORPORATION, JOHN ARKO, THE CORPORATE BENEFIT PLAN COMMITTEE OF CIGNA, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, TIMESSQUARE CAPITAL MANAGEMENT, INC., CIGNA INVESTMENTS, INC., AND PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, )<br><br>Defendants. ) | Case No. 2:07-cv-02046-HAB-DGB<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

## [PROPOSED] ORDER

Upon consideration of Defendant Prudential Retirement Insurance And Annuity Company's Motion for Judgment on the Pleadings ("Motion") and the arguments in support of and in opposition to said Motion, it is by this Court this ____ day of _____, 2010,

**ORDERED** that the Motion is **GRANTED**, and that all claims against Defendant Prudential Retirement Insurance and Annuity Company are **DISMISSED** with prejudice.

_____
Hon. Harold A. Baker
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2010, I filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

        Troy A. Doles
        SCHLICHTER BOGARD & DENTON
        Suite 900
        100 S. 4th Street
        St. Louis, MO  63102

        Sari M. Alamuddin
        James E. Bayles, Jr.
        LEWIS & BOCKIUS, LLP
        77 West Wacker Drive
        Fifth Floor
        Chicago, IL  60601

        Azeez Hayne
        Joseph J. Costello
        MORGAN LEWIS & BOCKIUS, LLP
        1701 Market Street
        Philadelphia, PA  19103

        /s/ Robert N. Eccles